**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6061**

———————

STEVE CARL CHADWICK,

Plaintiff - Appellant,

v.

THE UNITED STATES DISTRICT COURT FOR MARYLAND,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (1:24-cv-03203-TDC)

———————

Submitted:  April 24, 2025                          Decided:  April 29, 2025

———————

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Steve Carl Chadwick, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Carl Chadwick seeks to appeal the case management order entered by the district court in Chadwick's 42 U.S.C. § 1983 case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Chadwick seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*